UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In the Matter of:

Tamela G. Lacey,                    }        Case No: 13-02286-TOM7
                                    }
        Debtor,                     }
                                    }
                                    }
                                    }

**ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS**

Brian J. Dilks, on behalf of Tamela Lacey, filed a petition for payment of funds held in the Registry of the Court under 11 U.S.C. § 347 and 28 U.S.C. § 2041. The petitioner has been granted limited power of attorney to recover, and receive outstanding funds on the Clients behalf. In that the petition has been verified, and a verification that funds are on hand to disburse, and no objections having been made to the entering of this order, it is hereby

**ORDERED ADJUDGED and DECREED that:**

For good cause shown and on the verified petition filed and presented to the court, the Clerk of this Court is directed to pay Tamela Lacey c/o Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065-9216 the sum of $743.09, in accordance with the averments of said petition, and that said check be sent by United States mail to the above named petitioner.

Dated: 8/26/16

/s/ Tamara O. Mitchell
TAMARA O. MITCHELL
United States Bankruptcy Judge